**Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00080-CV
_____

**RR MALOAN INVESTMENTS, INCL., Appellant**

**V.**

**NEW HGE, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 10117755**

---

## O R D E R

Appellant's brief was due March 8, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 22, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM